UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary M. Johnson,

Plaintiff, CIVIL 00-279 DSD/JMM

v.

Nissan Motor Acceptance Corporation, et al.

Defendants,

---

Bret W. Johnson,

Plaintiff, CIVIL 00-1238 PAM/JGL

v.

Nissan Motor Acceptance Corporation, et al.

Defendants.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Civil Case 00-279 DSD/JMM having been assigned to Judge David S. Doty and Civil Case 00-1238 PAM/JGL having later been assigned to Judge Paul A. Magnuson, said matters being related cases,

**IT IS HEREBY ORDERED** that Civil Case 00-1238 PAM/JGL, be assigned to Judge David S. Doty, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: September 28, 2000.

PAUL A. MAGNUSON, Chief Judge
United States District Court

Dated: ~~September~~ October , 2000.

DAVID S. DOTY, Judge
United States District Court

OCT 05 2000

FRANCIS E. DOSAL, CLERK