DISTRICT OF MINNESOTA

MARY M. JOHNSON, CIVIL NO. 00-279 (DSD/JMM)

Plaintiff,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, EQUIFAX CREDIT INFORMATION, EXPERIAN INFORMATION SOLUTIONS, INC., CSC CREDIT SERVICES, INC. and TRANS UNION,

Defendants.

---

BRET W. JOHNSON, CIVIL NO. 00-1238 (DSD/JMM)

Plaintiff,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, and CSC CREDIT SERVICES, INC.,

Defendants.

ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Pretrial Conference scheduled before the undersigned for November 3, 2000 is canceled.

2. Pursuant to the provisions of Rule 42(a), the matters of Mary M. Johnson v. Nissan Motors, et al., Civil No. 00-279 (DSD/JMM) and Brett W. Johnson v.

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

Nissan Motors, et al., Civil No. 00-1238 (DSD/JMM) are consolidated for all purposes. The Clerk may close Civil File No. 00-1238 (DSD/JMM) and merge the contents thereof with Civil File No. 00-279 (DSD/JMM).

3. All pleadings hereafter filed in these consolidated matters shall bear the caption:

MARY M. JOHNSON and
BRET W. JOHNSON,

CIVIL NO. 00-279 (DSD/JMM)

Plaintiffs,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, EQUIFAX CREDIT INFORMATION, EXPERIAN INFORMATION SOLUTIONS, INC., CSC CREDIT SERVICES, INC. and TRANS UNION,

Defendants.

Dated: October 27, 2000

JOHN M. MASON
United States Magistrate Judge